UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:13-mj-01926-JG

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER FOR DISMISSAL |
| | ) | |
| WILLIAM MATEUS MENDEZ | ) | |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of Court endorsed hereon, the United States Attorney for the Eastern District of North Carolina hereby dismisses the complaint pending against the above-captioned defendant in that, the Court did not find probable cause and released the defendant as to the ICE Detainer on October 18, 2013. The defendant was subsequently charged by Indictment on Docket Number: 5:13-cr-00290-H.

THOMAS G. WALKER
United States Attorney

By: /s/ Edward D. Gray_____
EDWARD D. GRAY
Assistant United States Attorney
Criminal Division
310 New Bern Avenue, Ste. 800
Raleigh, NC 27601
Telephone no. 919-856-4530
Fax no. 919-856-4487
Email: edward.gray@usdoj.gov
N.C. Bar No. 37539

Leave of Court is granted for the filing of the foregoing dismissal.

_____
WILLIAM A. WEBB
US MAGISTRATE JUDGE

Date: NOVEMBER 8, 2013